1  PETER OBSTLER (S.B. #171623)
2  ROBERT D. TRONNES (S.B. #209835)
   COLLEEN M. KENNEDY (S.B. #227107)
3  O'MELVENY & MYERS LLP
   275 Battery Street, 26th Floor
4  San Francisco, California 94111
5  Telephone: (415) 984-8700
   Facsimile: (415) 984-8701
6  Attorneys for Plaintiff Telephia, Inc.

7  [*Names and Addresses of Additional Counsel*
8  *Appear on Signature Page*]

9
10              UNITED STATES DISTRICT COURT
11              NORTHERN DISTRICT OF CALIFORNIA
12                 SAN FRANCISCO DIVISION
13

| | |
|---|---|
| 14  TELEPHIA, INC., | Case No. C 04-3508 SI |
| 15             Plaintiff, | **STIPULATED REQUEST FOR ORDER CHANGING TIME FOR CASE MANAGEMENT CONFERENCE** |
| 16        v. | |
| 17  STEVEN CUPPY; SCOTT MCCULLEY; DAVID SIMON; and | [L.R. 6-2] |
| 18  DOES 1 through 20, | |
| 19             Defendants. | |
| 20  | |
|     STEVEN CUPPY; SCOTT | |
| 21  MCCULLEY; and DAVID SIMON, | |
| 22             Counterclaimants, | |
| 23        v. | |
| 24  TELEPHIA, INC.; CRITERION WIRELESS CORP.; and ROES 1 | |
| 25  through 50, | |
| 26             Counterdefendants. | |

27
28

1    Plaintiff Telephia, Inc. ("Telephia") and Defendants Steven Cuppy, Scott
2  McCulley and David Simon ("Defendants"), through their respective counsel of record,
3  hereby make the stipulated request, pursuant to Local Rule 6-2, to change time for the
4  Case Management Conference currently scheduled for June 24, 2005. Specifically, the
5  parties stipulate and agree as follows:

6    1.    The parties have agreed to participate in an ADR process, either ENE
7  or mediation. The parties have a conference call with an ENE evaluator scheduled for
8  June 23, 2005 to discuss scheduling. The parties expect either an ENE session or a
9  mediation to take place in July.

10    2.    The parties have mutually agreed that the Case Management
11  Conference should be continued for 60 days, until Friday, August 26, 2005, so as to give
12  the parties sufficient time to pursue ADR. This request will require no other
13  modifications to the current schedule for this case.

14    3.    For the reasons set forth in the accompanying Declaration of Colleen
15  M. Kennedy, other materials properly before the Court, and the record in this case, the
16  parties agree that there is good cause to grant this Stipulated Request for an Order
17  Changing Time.

- 2 -

STIPULATED REQUEST TO CHANGE
TIME  C 04-3508 SI

| | |
|---|---|
| Dated: June 15, 2005 | |
| | PETER OBSTLER<br>ROBERT D. TRONNES<br>COLLEEN M. KENNEDY<br>O'MELVENY & MYERS LLP |
| | By: /s/ Colleen M. Kennedy<br>         Colleen M. Kennedy |
| | Peter Obstler (S.B. #171623)<br>Robert D. Tronnes (S.B. #209835)<br>Colleen M. Kennedy (S.B. #227107)<br>O'MELVENY & MYERS LLP<br>Embarcadero Center West<br>275 Battery Street<br>San Francisco, CA 94111-3344<br>Telephone:  (415) 984-8700<br>Facsimile:   (415) 984-8701 |
| | Attorneys for Plaintiff Telephia, Inc. |
| Dated: June 15, 2005 | |
| | NEIL R. BARDACK<br>JONATHAN T. RUBENS<br>MCQUAID BEDFORD & VAN ZANDT LLP |
| | By: /s/ Neil R. Bardack<br>         Neil R. Bardack |
| | Neil R. Bardack (S.B. #52198)<br>Jonathan T. Rubens (S.B. #149904)<br>MCQUAID BEDFORD & VAN ZANDT LLP<br>221 Main Street, 16th Floor<br>San Francisco, CA 94105<br>Telephone:  (415) 905-0200<br>Facsimile:   (415) 905-0202 |
| | Attorneys for Defendants David Si[m]on, Steven [...] |

PURSUANT TO STIPULATION, IT IS S[O ORDERED]

DATE: _____, 2005

[seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Susan Illston]

[...] T JUDGE

TO CHANGE
C 04-3508 SI

SF1:590606.1