PETER OBSTLER (S.B. #171623)
ROBERT D. TRONNES (S.B. #209835)
COLLEEN M. KENNEDY (S.B. #227107)
O'MELVENY & MYERS LLP
275 Battery Street, 26th Floor
San Francisco, California 94111
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

Attorneys for Plaintiff Telephia, Inc.

[*Names and Addresses of Additional Counsel Appear on Signature Page*]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| TELEPHIA, INC., <br><br> Plaintiff, <br><br> v. <br><br> STEVEN CUPPY; SCOTT MCCULLEY; DAVID SIMON; and DOES 1 through 20, <br><br> Defendants. <br><br> STEVEN CUPPY; SCOTT MCCULLEY; and DAVID SIMON, <br><br> Counterclaimants, <br><br> v. <br><br> TELEPHIA, INC.; CRITERION WIRELESS CORP.; and ROES 1 through 50, <br><br> Counterdefendants. | Case No. C 04-3508 SI <br><br> **STIPULATED REQUEST FOR ORDER CHANGING TIME FOR ADR PROCESS AND NON-EXPERT DISCOVERY CUTOFF** <br><br> **[L.R. 6-2]** |

Plaintiff Telephia, Inc. ("Telephia") and Defendants Steven Cuppy, Scott McCulley and David Simon ("Defendants"), through their respective counsel of record, hereby make the stipulated request, pursuant to Local Rule 6-2, to change time for the ENE session previously scheduled for July 13, 2005, and to extend the non-expert discovery cutoff to September 26, 2005, for the purpose of depositions only. Specifically, the parties stipulate and agree as follows:

1. The parties participated in a conference call with ENE evaluator Michael Traynor on June 23, 2005 to discuss scheduling for the ENE session. At that time the parties mutually agreed that the previously scheduled date of July 13, 2005 was no longer feasible, and that the ENE session should be held on Tuesday, September 13, 2005, starting at 1:30 p.m. The deadline for submitting ENE statements to Mr. Traynor will be 5:00 p.m. on Friday, September 2, 2005.

2. The parties have also concluded that it will be unduly burdensome to complete all depositions before August 26, 2005. The parties have therefore mutually agreed that the non-expert discovery cutoff should be extended to September 26, 2005 for the sole purpose of concluding depositions. All other non-expert discovery will be concluded by August 26, 2005, per the Court's original order.

3. For the reasons set forth in the accompanying Declaration of Colleen M. Kennedy, other materials properly before the Court, and the record in this case, the parties agree that there is good cause to grant this Stipulated Request for an Order Changing Time.

Dated: July 1, 2005

        PETER OBSTLER
        ROBERT D. TRONNES
        COLLEEN M. KENNEDY
        O'MELVENY & MYERS LLP

By:   /s/ Colleen M. Kennedy
      Colleen M. Kennedy

Peter Obstler (S.B. #171623)
Robert D. Tronnes (S.B. #209835)
Colleen M. Kennedy (S.B. #227107)
O'MELVENY & MYERS LLP
Embarcadero Center West
275 Battery Street
San Francisco, CA 94111-3344
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

Attorneys for Plaintiff Telephia, Inc.

Dated: July 1, 2005

        NEIL R. BARDACK
        JONATHAN T. RUBENS
        MCQUAID BEDFORD & VAN ZANDT LLP

By:   /s/ Neil R. Bardack
      Neil R. Bardack

Neil R. Bardack (S.B. #52198)
Jonathan T. Rubens (S.B. #149904)
MCQUAID BEDFORD & VAN ZANDT LLP
221 Main Street, 16th Floor
San Francisco, CA 94105
Telephone: (415) 905-0200
Facsimile: (415) 905-0202

Attorneys for Defendants David Simon, Steven Cuppy, and Scott McCulley

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATE: _____, 2005

UNITED STATES DISTRICT JUDGE

[APPROVED — Judge Susan Illston, signed]

- 3 -