IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TELEPHIA INC, <br><br>         Plaintiff, <br><br> v. <br><br> STEVEN CUPPY, <br><br>         Defendant. _____/ | No. C 04-03508 SI <br> **SECOND** <br> **PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT:  N/A  at 2:30 p.m..
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is October 14, 2005.

DESIGNATION OF EXPERTS: 10/14/05; REBUTTAL: n/a.
      Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is November 18, 2005.

DISPOSITIVE MOTIONS **SHALL** be filed by November 28, 2005;

      Opp. Due December 12, 2005, 2005;  Reply Due December 19, 2005;

      and set for hearing no later than January 6, 2006 at 9:00 AM.

PRETRIAL CONFERENCE DATE: February 21, 2006 at 3:30 PM.

JURY TRIAL DATE: March 6, 2006 at 8:30 AM.,
      Courtroom 4, 17th floor.

TRIAL LENGTH is estimated to be ten days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The Court amended the trial schedule as indicated above.
The parties shall meet and confer re: the filing of an amended complaint.
After the ENE session is held in early October 2005, the Court will send this case to mediation.
Plaintiff may file a motion to strike the demand for a jury.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 8/31/05

_____
SUSAN ILLSTON
United States District Judge