# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| TELEPHIA, INC., | Case No. C 04-3508 SI |
| Plaintiff, | **AMENDED ORDER GRANTING COMMISSION AND LETTERS ROGATORY TO TAKE ORAL DEPOSITION OF SVEN BORGSTROM IN CANADA** |
| v. | |
| STEVEN CUPPY; SCOTT McCULLEY; DAVID SIMON; and DOES 1 through 20, | |
| Defendants. | [F.R.Civ.P. 28(b)] |
| STEVEN CUPPY; SCOTT McCULLEY; DAVID SIMON, | |
| Counter-Claimants, | |
| v. | |
| TELEPHIA, INC.; CRITERION WIRELESS CORPORATION, a Virginia corporation, and ROES 1 through 50, | |
| Counterclaim Defendants. | |



1

The Motion For Issuance Of Commission And Letters Rogatory To Take Oral Deposition Of Sven Borgstrom In Canada pursuant to Fed.R.Civ.P. ("Rule") 28(b) brought by Defendants/Counter-Claimants Steven Cuppy, Scott McCulley, and David Simon came before the Court regularly for hearing on September 9, 2005, in Courtroom No. 10 of the above-entitled Court. Based upon the pleadings on file in this action and on the moving papers and declarations in support thereof, and after reviewing the declarations and evidence, considering the arguments of counsel and the statement of non-opposition, and for good cause therefore, Defendants/Counter-Claimants' Motion For Issuance Of Commission And Letters Rogatory To Take Oral Deposition Of Sven Borgstrom In Canada was granted. The deposition was scheduled for September 16, 2005.

The Court found that Mr. Borgstom is a necessary and material witness to prove the claims alleged in Defendants/Counter-Claimants' counterclaims. His testimony is relevant to Plaintiff Telephia, Inc.'s inability to establish breaches of contract representations and warranties and Telephia's fraud claims, the state of the Veritas Technology at the time of the acquisition, and Telephia's efforts to integrate the Veritas Technology into its products. Additionally, Mr. Borgstrom's testimony cannot be reasonably obtained by other means and without the assistance of the Canadian Courts because he is neither a citizen of the United States nor a party to the instant action.

On September 26, 2005, Defendants/Counter-Claimants submitted to the Court an ex-parte request that the above-described Order be amended to reflect the re-scheduling of Mr. Borgstrom's deposition from September 16, 2005 to October 13, 2005. Good cause appearing therefore, it is hereby ORDERED that:

(1) a Commission issue to Neil R. Bardack, Esq., a qualified person authorized to administer oaths by this Court to take the deposition of Mr. Sven E. Borgstrom, whose last known address is 3400 Louis-Dantin Avenue, Montréal, Québec H3M 1E6, Canada, on oral examination pursuant to Rule 30. The examination will take place in Montréal, Canada, on or about Thursday, October 13, 2005.

(2) Letters Rogatory be directed to the appropriate judicial authority in Canada,



1  requesting the Canadian court to procure the attendance of Mr. Sven E. Borgstrom,
2  by means of process ordinarily used by the Canadian court, at his deposition by oral
3  examination according to the conditions set forth above.

4  DATED: September __, 2005        IT IS SO ORDERED.

6  BY: _____
7  Honorable Susan Illston
   United States District Court



3

AMENDED ORDER FOR COMMISSION AND LETTERS ROGATORY
TO TAKE DEPOSITION OF SVEN BORGSTROM IN CANADA – C 04-3508 SI