Neil R. Bardack (SBN 52198)
Jonathan T. Rubens (SBN 149904)
Christopher B. Whitman (SBN 223636)
**McQUAID BEDFORD & VAN ZANDT LLP**
221 Main Street, 16th Floor
San Francisco, CA 94105
Telephone: 415/905-0200
Facsimile: 415/905-0202
Email: *nbardack@mbvz.com*

Attorneys for Defendants and Counter-Claimants
Steven Cuppy, Scott McCulley and David Simon

*[See signature page for names and addresses of additional counsel]*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TELEPHIA, INC., <br><br> Plaintiff, <br><br> v. <br><br> STEVEN CUPPY; SCOTT McCULLEY; DAVID SIMON; and DOES 1 through 20, <br><br> Defendants. <br> _____/ <br> STEVEN CUPPY; SCOTT McCULLEY; DAVID SIMON, <br><br> Counter-Claimants, <br><br> v. <br><br> TELEPHIA, INC.; CRITERION WIRELESS CORPORATION, a Virginia corporation, and ROES 1 through 50, <br><br> Counterclaim Defendants. <br> _____/ | Case No. C 04-3508 SI <br><br> **STIPULATED REQUEST FOR ORDER AMENDING SECOND PRETRIAL PREPARATION ORDER** <br><br> **[Local Rule 6-2]** |

1

STIPULATED REQUEST FOR ORDER AMENDING SECOND PRETRIAL ORDER- CASE NO. C 04-3508 SI

Plaintiff and Counter-Defendant Telephia, Inc. ("Telephia") and Defendants and Counter-Claimants Steven J. Cuppy, Scott McCulley and David Simon ("Counter-Claimants"), through their respective counsel of record, hereby make the stipulated request, pursuant to Local Rule 6-2, to amend the deadlines in the Court's August 31, 2005 Second Pretrial Preparation Order (the "August 31, 2005 Order"). The parties stipulate and agree as follows:

## STIPULATION

1. A significant amount of discovery has been conducted by Telephia and Counter-Claimants in preparation for trial or a mutually agreeable resolution to the parties' dispute. Both Telephia and Counter-Claimants have been engaged in complex and extensive efforts to identify and produce responsive documents. On or about September 30, 2005, the parties exchanged Supplemental Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a), and on September 29, 2005 Telephia provided Counter-Claimants with Supplemental Responses to Defendants' First Set of Interrogatories. Moreover, the parties have completed numerous depositions in various states.

2. The parties also expended significant time and resources to prepare for and attend a lengthy Early Neutral Evaluation session. The parties had hoped upon completion of that session to convert the proceeding into mediation. However, the parties were informed that the Early Neutral Evaluator, Michael Traynor, disqualified himself because of recently discovered conflicts requiring the parties to meet-and-confer about future settlement options.

3. Despite making what both Telephia and Counter-Claimants believe to be reasonably diligent efforts to conclude discovery and mediate the case by October 14, 2005 in accordance with the Court's August 31, 2005 Order, significant discovery remains that the parties do not believe can be completed according to the current schedule without undue burden. Both Telephia and Counter-Claimants have numerous depositions that have not yet been completed, a number of which will take place in Canada or the eastern United States, and must also arrange for a mediation or a court-ordered settlement conference.

4. In order to allow additional time for the completion of discovery and to arrange for the parties to have an opportunity to resolve the case through mediation or a court-ordered settlement conference, the parties have agreed, subject to Court approval, to amend the Court's

1  August 31, 2005 Order as set forth below:

| Event | Current Deadline | Requested Extended Deadline |
|---|---|---|
| Non-Expert Discovery Cutoff | October 14, 2005 | November 11, 2005 |
| Designation of Experts | October 14, 2005 | November 14, 2005 |
| Expert Discovery Cutoff | November 18, 2005 | December 12, 2005 |
| Dispositive Motions Deadline (i.e., last day to file dispositive motions) | November 28, 2005 | December 19, 2005 |
| Pretrial Conference | February 21, 2006 | No extension requested |
| Jury Trial | March 6, 2006 | No extension requested |

The parties further stipulate that the Special Discovery and Pretrial provisions are amended as follows:

1.  All Special Discovery and Pretrial Provisions set forth in the August 31, 2005 Order remain in effect; and

2.  Either party may depose any witness disclosed in the parties' Amended Initial Disclosures (but not previously disclosed in original Initial Disclosures) at any time prior to the Pre-Trial Conference upon written notice that the disclosing party intends on calling that witness at trial. Such notice shall be provided no later than February 3, 2006; and

3.  The parties shall be ordered to a Settlement Conference before the Honorable Joseph Spero on or before December 19, 2005 (Judge Spero's schedule permitting). In the event that Judge Spero is unavailable to conduct a court-ordered settlement conference, the parties shall complete mediation before a private mediator, mutually agreed to by the parties, on or before November 23, 2005.

///
///
///
///
///
///

| | |
|---|---|
| Dated: October 12, 2005 | McQUAID BEDFORD & VAN ZANDT LLP<br><br>By: /s/ Neil R. Bardack<br>  Neil R. Bardack<br>Attorneys for Defendants and Counter-Claimants, STEVEN CUPPY; SCOTT McCULLEY; DAVID SIMON |
| Dated: October 12, 2005 | O'MELVENY & MYERS LLP<br><br>By: /s/ Colleen M. Kennedy<br>  Colleen M. Kennedy<br><br>Michael F. Tubach (SBN 145955)<br>Peter Obstler (SBN 171623)<br>Colleen M. Kennedy (SBN 227107)<br>O'MELVENY & MYERS LLP<br>Embarcadero Center West<br>275 Battery Street<br>San Francisco, CA 94111-3344<br>Telephone: (415) 984-8700<br>Facsimile: (415) 984-8701<br>Email: *ckennedy@omm.com*<br>Attorneys for Plaintiff and Counter-Defendant TELEPHIA, INC. |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATE: _____, 2005

_____
UNITED STATES DISTRICT JUDGE

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — GRANTED — Judge Susan Illston]

G:\Docs\21671\002\pleadings\Stipulation re discovery v3.wpd

4

STIPULATED REQUEST FOR ORDER AMENDING SECOND PRETRIAL ORDER- CASE NO. C 04-3508 SI