PETER OBSTLER (S.B. #171623)
ROBERT D. TRONNES (S.B. #209835)
COLLEEN M. KENNEDY (S.B. #227107)
O'MELVENY & MYERS LLP
275 Battery Street, 26th Floor
San Francisco, California 94111
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

Attorneys for Plaintiff Telephia, Inc.

[*Names and Addresses of Additional Counsel Appear on Signature Page*]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| TELEPHIA, INC., <br><br> Plaintiff, <br><br> v. <br><br> STEVEN CUPPY; SCOTT MCCULLEY; DAVID SIMON; and DOES 1 through 20, <br><br> Defendants. <br><br> STEVEN CUPPY; SCOTT MCCULLEY; and DAVID SIMON, <br><br> Counterclaimants, <br><br> v. <br><br> TELEPHIA, INC.; CRITERION WIRELESS CORP.; and ROES 1 through 50, <br><br> Counterdefendants. | Case No. C 04-3508 SI <br><br> **STIPULATED REQUEST FOR ORDER CHANGING TIME FOR DEPOSITION DISCOVERY AND DEADLINE TO DESIGNATE EXPERTS** <br><br> **[L.R. 6-2]** |

Plaintiff Telephia, Inc. ("Telephia") and Defendants Steven Cuppy, Scott McCulley and David Simon ("Defendants"), through their respective counsel of record, hereby make the stipulated request, pursuant to Local Rule 6-2, to change time for the Deadline to Designate Experts currently scheduled for November 14, 2005 to November 28, 2005, and to conduct one deposition following the close of fact discovery scheduled for November 11, 2005. Specifically, the parties stipulate and agree as follows:

1. A significant amount of discovery has been conducted by Telephia and Counter-Claimants in preparation for trial or a mutually agreeable resolution to the parties' dispute. Both Telephia and Counter-Claimants have been engaged in complex and extensive efforts to identify and produce responsive documents, and both parties are still in the process of gathering and producing responsive information. The parties completed a meet-and-confer session on November 7, 2005, at which several outstanding production-related issues were resolved. The parties also expended significant time and resources traveling to locations around the country and Canada for depositions, as well as preparing for and attending a Settlement Conference before Judge Spero.

2. The only deposition that the parties still intend to take during the fact discovery period, but have not yet taken, is Counter-Claimants' deposition of Telephia's "Persons Most Knowledgeable" pursuant to Rule 30(b)(6). The parties' document production is still ongoing, and due in part to technical problems beyond its control with its electronic production, Telephia has produced approximately one million pages of documents to Counter-Claimants since October 1, 2005. Telephia has also gone to significant effort to produce these documents in searchable electronic format. Telephia has agreed to complete its document production by Friday November 11, 2005 by providing documents in either readable electronic format or paper. A substantial number of these documents may be relevant to the Rule 30(b)(6) deposition. Therefore, despite making what both Telephia and Counter-Claimants believe to be reasonably diligent efforts to conclude all discovery by November 11, 2005 in accordance with the prior stipulation entered into by the parties, the parties will be unable to conclude the Rule

- 2 -

STIPULATED REQUEST TO CHANGE TIME  C 04-3508 SI

1  30(b)(6) deposition of Telephia's representatives by that date.  The parties have mutually
2  agreed that an exception to the fact discovery cutoff is appropriate for the sole purpose of
3  completing the Rule 30(b)(6) deposition, which the parties agree will be concluded by
4  November 23, 2005.

5      3.    Further, because the parties agree that this exception to the fact
6  discovery cutoff is appropriate, the parties have also mutually agreed to a two-week
7  extension of the Deadline to Designate Experts.  Such extension will provide any experts
8  with sufficient time to review and analyze the testimony adduced at the 30(b)(6)
9  deposition, as well as the parties' document productions through November 11, 2005.
10 The parties have therefore mutually agreed that the Deadline to Designate Experts should
11 be continued from November 14 to November 28, 2005.

12      4.    These requests will require no other modifications to the current
13 schedule for this case.

14      5.    For the reasons set forth in the accompanying Declaration of Colleen
15 M. Kennedy, other materials properly before the Court, and the record in this case, the
16 parties agree that there is good cause to grant this Stipulated Request for an Order
17 Changing Time.

- 3 -

STIPULATED REQUEST TO CHANGE
TIME  C 04-3508 SI

Dated: November 8, 2005

          PETER OBSTLER
          ROBERT D. TRONNES
          COLLEEN M. KENNEDY
          O'MELVENY & MYERS LLP

By: /s/ Colleen M. Kennedy
   Colleen M. Kennedy

Peter Obstler (S.B. #171623)
Robert D. Tronnes (S.B. #209835)
Colleen M. Kennedy (S.B. #227107)
O'MELVENY & MYERS LLP
Embarcadero Center West
275 Battery Street
San Francisco, CA 94111-3344
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

Attorneys for Plaintiff Telephia, Inc.

Dated: November 8, 2005

          NEIL R. BARDACK
          JONATHAN T. RUBENS
          MCQUAID BEDFORD & VAN ZANDT LLP

By: /s/ Neil R. Bardack
   Neil R. Bardack

Neil R. Bardack (S.B. #52198)
Jonathan T. Rubens (S.B. #149904)
MCQUAID BEDFORD & VAN ZANDT LLP
221 Main Street, 16th Floor
San Francisco, CA 94105
Telephone: (415) 905-0200
Facsimile: (415) 905-0202

Attorneys for Defendants David Simon, Steven Cuppy, and Scott McCulley

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATE: _____, 2005

_____
UNITED STATES DISTRICT JUDGE

*[Court seal: IT IS SO ORDERED / Susan Illston / Judge Susan Illston / UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*

SF1:607494.1

- 4 -

TIME C 04-3508 SI