| | |
|---|---|
| 1 | PETER OBSTLER (S.B. #171623) – pobstler@omm.com |
| | ROBERT D. TRONNES (S.B. #209835) – rtronnes@omm.com |
| 2 | COLLEEN M. KENNEDY (S.B. #227107) –ckennedy@omm.com |
| | O'MELVENY & MYERS LLP |
| 3 | 275 Battery Street, 26th Floor |
| | San Francisco, California 94111 |
| 4 | Telephone: (415) 984-8700 |
| | Facsimile: (415) 984-8701 |
| 5 | |
| | Attorneys for Plaintiff Telephia, Inc. |
| 6 | |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| TELEPHIA, INC., | | Case No. C 04-3508 SI |
| | Plaintiff, | **[PROPOSED] ORDER GRANTING TELEPHIA'S MOTION TO FILE UNDER SEAL CERTAIN EXHIBITS TO THE DECLARATION OF COLLEEN M. KENNEDY IN SUPPORT OF TELEPHIA'S REPLY** |
| v. | | |
| STEVEN CUPPY; SCOTT MCCULLEY; DAVID SIMON; and DOES 1 through 20, | | |
| | Defendants. | |
| STEVEN CUPPY; SCOTT MCCULLEY; and DAVID SIMON, | | |
| | Counterclaimants, | |
| v. | | |
| TELEPHIA, INC.; CRITERION WIRELESS CORP.; and ROES 1 through 50, | | |
| | Counterdefendants. | |

1   After consideration of the submissions of counsel, IT IS HEREBY
2   ORDERED that Plaintiff's Motion to File Under Seal Exhibits K, L, M, N, P, Q, R and S
3   to the Declaration of Colleen M. Kennedy in Support of Telephia's Reply is GRANTED.

Dated  Nov. 21, 2005

_____
The Honorable Susan Illston
United States District Court Judge

SF1:608826.1

[PROPOSED] ORDER GRANTING MOTION
TO FILE CERTAIN EXHIBITS UNDER SEAL
CASE NO. C 04-3508 SI

1