| | |
|---|---|
| 1 | Neil R. Bardack (SBN 52198)<br>Robert L. Zaletel, Esq. (SB# 096262) |
| 2 | Jonathan T. Rubens (SBN 149904)<br>Christopher B. Whitman (SBN 223636) |
| 3 | **McQUAID BEDFORD & VAN ZANDT LLP**<br>221 Main Street, 16th Floor |
| 4 | San Francisco, CA 94105<br>Telephone: 415/905-0200 |
| 5 | Facsimile:  415/905-0202<br>Email:  *nbardack@mbvz.com* |
| 6 | |
| 7 | Attorneys for Defendants and Counter-Claimants<br>Steven Cuppy, Scott McCulley and David Simon |
| 8 | *[See signature page for names and addresses of additional counsel]* |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| TELEPHIA, INC., | ) | Case No. C 04-3508 SI |
| Plaintiff, | ) | |
| v. | ) | **STIPULATED REQUEST FOR ORDER CHANGING TIME FOR DEPOSITION DISCOVERY AND TO DISCLOSE AND DEPOSE EXPERTS, AND FOR FILING DISPOSITIVE MOTIONS** |
| STEVEN CUPPY; SCOTT McCULLEY; DAVID SIMON; and DOES 1 through 20, | ) | |
| Defendants. | ) | **[Local Rule 6-2]** |
| STEVEN CUPPY; SCOTT McCULLEY; DAVID SIMON, | ) | |
| Counter-Claimants, | ) | |
| v. | ) | |
| TELEPHIA, INC.; CRITERION WIRELESS CORPORATION, a Virginia corporation, and ROES 1 through 50, | ) | |
| Counterclaim Defendants. | ) | |

1

STIPULATED REQUEST FOR ORDER CHANGING TIME FOR DEPO DISCOVERY - CASE NO. C 04-3508 SI

Plaintiff Telephia, Inc. ("Telephia") and defendants Steven Cuppy, Scott McCulley and David Simon ("Defendants"); through their respective counsel of record, hereby make this stipulated request, pursuant to Local Rule 6-2, to change time for completion of one deposition from the current date of November 23, 2005 to December 14, 2005, to extend the date for expert disclosure from November 28, 2005 to December 2, 2005, and the date to depose experts from December 12 to December 23. The time for filing a motion to compel regarding the deposition or recently produced documents will be extended accordingly. The parties further request that the date for filing dispositive motions be extended from December 19, 2005 to December 30, 2005. The parties stipulate and agree as follows:

1. The only deposition that the parties still intend to take during the fact discovery period is Defendants/Counterclaimants' deposition of Telephia's "persons most knowledgeable" pursuant to Rule 30(b)(6). The parties recently requested and the Court approved extending the discovery cutoff to November 23rd for purposes of allowing Telephia to complete its document production. Telephia agreed to the stipulated request to change time to complete its document production by Friday, November 11th (see Court Docket, document no. 129, p.2:22-24; p. 3, l. 15). The parties previously agreed that a substantial number of the documents Telephia was to produce may be relevant to the Rule 30(b)(6) deposition (document no. 129, 2:24-25). Telephia did not complete its document production by Friday, November 11th due to a dispute between the parties concerning certain documents marked by Telephia as Attorneys' Eyes Only. After meeting and conferring, the parties were able to resolve that dispute. The previous schedule was to have given Defendants ten days after receipt of all of Telephia's outstanding discovery on November 11th to complete the 30(b)(6) deposition. After the dispute was resolved, Telephia produced 23 boxes of documents and eleven discs of documents on November 17, 2005. There are another forty thousand documents not yet in Defendants' possession. Because Telephia's production of the remaining discovery has been delayed, the parties have agreed to extend the 30(b)(6) deposition completion date. Due to the Thanksgiving holidays, and the fact that Defendants' counsel, Neil Bardack, will be on vacation most of the week of November 28th, the parties have agreed to extend the time for Defendants to complete the 30(b)(6) deposition through December 14, 2005. The time for filing any

motion to compel with respect to the deposition or documents recently produced (or to be produced) will be extended accordingly. Because the 30(b)(6) deposition may impact the experts, the parties have agreed that the expert discovery disclosure date will be extended from November 28 to December 2, and the expert discovery cutoff date will be extended from December 12 to December 23. The parties request that the date for filing dispositive motions be extended from Monday, Decmber 19 to Friday, December 30. No other modifications are sought to the current schedule for this case. For the reasons set forth in the accompanying declaration of Robert L. Zaletel, and other materials properly before the Court on the record in this case, the parties agree that there is good cause to grant the stipulated request for an order changing time.

Dated: November 21, 2005

McQUAID BEDFORD & VAN ZANDT LLP

By: /s/ Neil R. Bardack
Neil R. Bardack
McQUAID BEDFORD & VAN ZANDT LLP
221 Main Street, 16th Floor
San Francisco, CA 94105
Telephone: 415/905-0200
Facsimile: 415/905-0202
Email: *nbardack@mbvz.com*
Attorneys for Defendants and Counter-Claimants,
STEVEN CUPPY; SCOTT McCULLEY; DAVID SIMON

Dated: November 18, 2005

O'MELVENY & MYERS LLP

By:
Colleen M. Kennedy
Peter Obstler (SBN 171623)
Colleen M. Kennedy (SBN 227107)
Robert D. Tronnes (SBN 209835)
O'MELVENY & MYERS LLP
Embarcadero Center West
275 Battery Street
San Francisco, CA 94111-3344
Telephone: (415) 984-8700
Facsimile: (415) 984-8701
Email: *ckennedy@omm.com*
Attorneys for Plaintiff and Counter-Defendant
TELEPHIA, INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATE: _____, 2005        _____
                                    UNITED STATES DISTRICT JUDGE

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Susan Illston]*

G:\Docs\21671\002\pleadings\Stipulation re depo time.wpd

4

STIPULATED REQUEST FOR ORDER CHANGING TIME FOR DEPO DISCOVERY - CASE NO. C 04-3508 SI