Neil R. Bardack (SBN 52198)
Robert L. Zaletel (SBN 96262)
Jonathan T. Rubens (SBN 149904)
Christopher B. Whitman (SBN 223636)
**McQUAID BEDFORD & VAN ZANDT LLP**
221 Main Street, 16th Floor
San Francisco, CA 94105
Telephone: 415/905-0200
Facsimile: 415/905-0202
Email: *nbardack@mbvz.com*

Attorneys for Defendants and Counter-Claimants
Steven Cuppy, Scott McCulley and David Simon

*[See signature page for names and addresses of additional counsel]*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TELEPHIA, INC., | Case No. C 04-3508 SI |
| Plaintiff, | |
| v. | **STIPULATION TO EXTEND TIME FOR DEFENDANTS TO ANSWER PLAINTIFF TELEPHIA'S SECOND AMENDED COMPLAINT** |
| STEVEN CUPPY; SCOTT McCULLEY; DAVID SIMON; and DOES 1 through 20, | |
| Defendants. | **[Local Rule 6-1]** |
| _____/ | |
| STEVEN CUPPY; SCOTT McCULLEY; DAVID SIMON, | |
| Counter-Claimants, | |
| v. | |
| TELEPHIA, INC.; CRITERION WIRELESS CORPORATION, a Virginia corporation, and ROES 1 through 50, | |
| Counterclaim Defendants. | |
| _____/ | |

1

1       IT IS HEREBY STIPULATED by and between Plaintiff Telephia, Inc. ("Telephia") and

2   Defendants Steven J. Cuppy, Scott McCulley and David Simon ("Defendants"), through their

3   respective counsel of record, as follows:

4       WHEREAS, Plaintiff Telephia filed and served its Second Amended Complaint on

5   December 12, 2005;

6       WHEREAS, Defendants have not had sufficient time to answer the Second Amended

7   Complaint due to scheduling demands;

8       THEREFORE, Plaintiff and Defendants hereby agree to extend the time by which

9   Defendants must answer Plaintiff's Second Amended Complaint until Monday, January 9, 2006.

10

11  Dated: December 30, 2005

    McQUAID BEDFORD & VAN ZANDT LLP

12

13      By:    /s/ Neil R. Bardack

    Neil R. Bardack

14      Attorneys for Defendants and Counter-Claimants,
    STEVEN CUPPY; SCOTT McCULLEY; DAVID

15      SIMON

16

17  Dated: December 30, 2005

    O'MELVENY & MYERS LLP

18

19      By:    /s/ Aaron M. Rofkahr

    Aaron M. Rofkahr

20

21      Peter Obstler (SBN 171623)
    Robert D. Tronnes (SBN 209835)
    Colleen M. Kennedy (SBN 227107)
    Aaron M. Rofkahr (SBN 227008)

22      O'MELVENY & MYERS LLP
    Embarcadero Center West
    275 Battery Street

23      San Francisco, CA 94111-3344
    Telephone: (415) 984-8700

24      Facsimile: (415) 984-8701
    Email: arofkahr@omm.com

25      Attorneys for Plaintiff and Counter-Defendant
    TELEPHIA, INC.

26

27

28  G:\Docs\21671\002\pleadings\stipulation re answer to SAC.wpd

*(Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — GRANTED / Susan Illston / Judge Susan Illston)*