| | |
|---|---|
| 1 | Neil R. Bardack (SBN 52198) |
|   | Jonathan T. Rubens (SBN 149904) |
| 2 | Robert L. Zaletel, Esq. (SBN 096262) |
|   | Christopher B. Whitman (SBN 223636) |
| 3 | **McQUAID BEDFORD & VAN ZANDT LLP** |
|   | 221 Main Street, 16th Floor |
| 4 | San Francisco, CA 94105 |
|   | Telephone: 415/905-0200 |
| 5 | Facsimile:  415/905-0202 |
|   | Email:  *nbardack@mbvz.com* |
| 6 | |
|   | Attorneys for Defendants and Counter-Claimants |
| 7 | Steven Cuppy, Scott McCulley and David Simon |
| 8 | *[See signature page for names and addresses of additional counsel]* |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| TELEPHIA, INC., | | Case No. C 04-3508 SI |
| | Plaintiff, | |
| v. | | **STIPULATION AND [PROPOSED] ORDER EXTENDING DATE FOR** |
| STEVEN CUPPY; SCOTT McCULLEY; DAVID SIMON; and DOES 1 through 20, | | **FILING PRE-TRIAL DISCLOSURES** |
| | Defendants. | Trial Date: March 6, 2006 |
| _____/ | | |
| STEVEN CUPPY; SCOTT McCULLEY; DAVID SIMON, | | |
| | Counter-Claimants, | |
| v. | | |
| TELEPHIA, INC.; CRITERION WIRELESS CORPORATION, a Virginia corporation, and ROES 1 through 50, | | |
| | Counterclaim Defendants. | |
| _____/ | | |

1

STIPULATION AND ORDER EXTENDING DATE FOR FILING PRE-TRIAL DISCLOSURES

**STIPULATION**

1. On January 24, 2006, the Court granted in part Defendants' Motion to compel Plaintiff Telephia, Inc. to supplement its interrogatory responses (Document No. 236) and;

2. Telephia has stated it will produce a supplemental response to Interrogatory No. 17 (Set One) by February 17, 2006; and

3. The parties' pre-trial disclosures are due February 21, 2006.  In order to allow Defendants sufficient time to review the interrogatory responses to be produced on February 17th, and incorporate the information contained therein into the pre-trial statement, the parties request a three-day extension of time through February 24, 2006 to file their pre-trial disclosures.

**IT IS SO STIPULATED:**

Dated: February 3, 2006

McQUAID BEDFORD & VAN ZANDT LLP

By: /s/ Robert L. Zaletel
Robert L. Zaletel
Attorneys for Defendants and Counter-Claimants,
STEVEN CUPPY; SCOTT McCULLEY; DAVID SIMON

/ / /

Dated: February 9, 2006

O'MELVENY & MYERS LLP

By: /s/ Colleen M. Kennedy
Colleen M. Kennedy

Michael F. Tubach (SBN 145955)
Peter Obstler (SBN 171623)
Colleen M. Kennedy (SBN 227107)
O'MELVENY & MYERS LLP
Embarcadero Center West
275 Battery Street
San Francisco, CA 94111-3344
Telephone:  (415) 984-8700
Facsimile:   (415) 984-8701
Email:  *ckennedy@omm.com*
Attorneys for Plaintiff and Counter-Defendant
TELEPHIA, INC.

### [PROPOSED] ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES AND FOR GOOD CAUSE APPEARING, THE COURT ORDER IS AS FOLLOWS:

1. The date for filing the parties' pre-trial disclosures is extended from February 21, 2006 to February 24, 2006.

**IT IS SO ORDERED:**

DATE: _____, 2006        _____

UNITED STATES DISTRICT JUDGE

G:\Docs\21671\002\pleadings\Stip. and Ord. Extndng Date 4 Pretrl Discl..wpd

STIPULATION AND ORDER EXTENDING DATE FOR FILING PRE-TRIAL DISCLOSURES